```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 05627
    LAWRENCE LARKINS
    DEBRA LYNN LARKINS                          CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

           Debtor
    SSN XXX-XX-6872      SSN XXX-XX-0114

----------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/18/05 and confirmed on 05/20/05.

    2.  The case was converted to Chapter 7 after confirmation, 11/04/2008.

    3.  The Debtor paid a total of $  27214.45 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WACHOVIA MORTGAGE FSB | CURRENT MORTG | .00 | .00 | .00 |
| WACHOVIA MORTGAGE FSB | MORTGAGE ARRE | 1752.50 | .00 | 1752.50 |
| NEIGHBORHOOD HOUSING SRV | SECURED | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | SECURED | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | MORTGAGE ARRE | 153.67 | .00 | 153.67 |
| NUVELL CREDIT COMPANY LL | SECURED | 2995.00 | 200.42 | 2995.00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 330.49 | .00 | 330.49 |
| INTERNAL REVENUE SERVICE | UNSECURED | 6201.93 | .00 | 4311.60 |
| ASSOCIATES CAPITAL BANK~ | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATES CAPITAL BANK~ | UNSECURED | NOT FILED | .00 | .00 |
| AVCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 487.22 | .00 | 338.74 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 403.97 | .00 | 280.86 |
| FIRST NORTH AMERICAN NAT | UNSECURED | NOT FILED | .00 | .00 |
| MONTEREY COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ASTA II PROVIDIAN NATION | UNSECURED | 1489.50 | .00 | 1035.50 |
| PROFESSIONAL ACCOUNT MCM | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESURGENT CAPITAL SERVIC | UNSECURED | 4302.95 | .00 | 2991.42 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1677.61 | .00 | 1166.29 |
| SACOR SYSTEMS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 7998.99 | .00 | 5560.92 |
| ROUNDUP FUNDING LLC | UNSECURED | 513.12 | .00 | 356.70 |
| NUVELL CREDIT COMPANY LL | UNSECURED | 3486.47 | .00 | 2423.79 |
| CERTIFIED SERVICES INC | UNSECURED | 200.00 | .00 | 139.03 |

```
ILLINOIS DEPT REVENUE      UNSECURED         157.01            .00         109.14
       Summary of disbursements:
--------------------------------------------------------------------------------
                       SECURED      PRIORITY    UNSECURED         OTHER        TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     4901.17        330.49     26918.77           .00     32150.43
PRINCIPAL PAID         4901.17        330.49     18713.99           .00     23945.65
INTEREST PAID           200.42           .00          .00           .00       200.42
TOTAL PAID             5101.59        330.49     18713.99           .00     24146.07
```

The Debtor's attorney, GARY N FOLEY PC                   , was allowed $   2700.00
and was paid $    806.00  direct and $   1894.00  through the plan.

The Trustee received $   1174.38 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/12/09              /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE




                              PAGE   2
     CASE NO. 05 B 05627 LAWRENCE LARKINS & DEBRA LYNN LARKINS